IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | | |
|---|---|---|
| THE UNITED STATES OF AMERICA FOR THE USE AND BENEFIT OF BEN REYNA CONTRACTING, INC. | § § § § | |
| Plaintiff, | § § | |
| VS. | § § | CIVIL ACTION NO. (5:21-CV-57) |
| SEVAN MULTI-SITE SOLUTIONS, LLC and ARGONAUT INSURANCE COMPANY | § § § § | |
| Defendants | § | |

## **PLAINTIFF'S ORIGINAL COMPLAINT**

The United States of America for the Use and Benefit of Ben Reyna Contracting, Inc. complains of Sevan Multi-Site Solutions, LLC and Argonaut Insurance Company as further set forth below:

### **Parties**

1. The United States of America is the named Plaintiff for the use and benefit of Ben Reyna Contracting, Inc. as required by 40 U.S.C. § 3131. Ben Reyna Contracting, Inc. is the use Plaintiff and Plaintiff in its own right doing business in San Antonio, Bexar County, Texas. All named and use Plaintiffs shall be hereinafter collectively referred to as "Reyna".

2. Sevan Multi-Site Solutions, LLC. is a corporation doing business in San Antonio, Bexar County, Texas (hereinafter referred to as "Sevan"), and may be served with process by serving its President & CEO, James A. Evans at 3025 Highland Parkway, Suite 850, Downers Grove, IL 60515.

3. Argonaut Insurance Company is a Bermuda-based international corporation doing business in San Antonio, Bexar County, Texas (hereinafter referred to as "Argo"), and may be

Bexar County, Texas (hereinafter referred to as "Argo"), and may be served with process by serving its Senior Vice President, Joshua C. Betz c/o Argo Insurance Company, 225 W. Washington, 24th Floor, Chicago, IL 60606 or its mailing address P. O. Box 469011, San Antonio, TX 78246.

## Jurisdiction

4. This action is brought pursuant to the Miller Act, 40 U.S.C. § 3131 et. seq. In addition, the State claims are brought pursuant to this Court's ancillary and pendant jurisdiction.

## Venue

5. Venue is proper in this Court given that this action arises out of materials, labor and equipment furnished to the Dual Food/BK & Popeye's Project, located in JBSA - Ft. Sam Houston, San Antonio, Texas.

## Factual Background

6. On or about July 17, 2018, Sevan entered into Prime Contract No. 7300285455 with the Army & Air Force Exchange Service and the United States of America, in a penal sum amount of $3,897,764.00 for constructing the Dual Food/BK & Popeye's located at JBSA - Ft. Sam Houston, Bexar County, Texas. (hereinafter referred to as the "Federal Contract"). The subject matter of the Federal Contract shall hereinafter be referred to as the "Federal Project".

7. In conjunction with entering into the Federal Contract, Sevan and Argo executed a payment bond to secure payment to subcontractors and suppliers who provided labor, materials and equipment to the Federal Project (hereinafter referred to as the "Payment Bond").

8. On or about October 24, 2018, Reyna entered into a subcontract agreement including change orders with Sevan in connection with providing labor, materials, equipment and services for the Federal Project in the amount of $625,380.17 hereinafter referred to as the "Subcontract".

9.  Thereafter, and continuing until January 26, 2020, pursuant to the Subcontract, Reyna, delivered labor, materials and equipment to the Federal Project totaling $699,319.42. There remains outstanding and unpaid, a balance of $73,939.25 plus $62,538.02 for retainage of 10% of the amount of the Subcontract including change orders, which is due and owing.

## COUNT I

## MILLER ACT CLAIM

10.  Reyna has fully performed its obligations in furnishing materials, labor and equipment used in the Federal Project pursuant to the Subcontract.

11.  Although Reyna was in a direct contractual relationship with Sevan and was therefore not required to do so, Reyna gave written notice to Sevan and Argo of its claim for the sum of $73,939.25 by correspondence dated January 24, 2020 by certified mail, return receipt requested. A true and correct copy of the written notice containing the invoice is attached as Exhibit "A". Plus, Reyna gave written notice of its retainage of $62,538.02 which is due and owing in its Payment Application and Certification dated April 2, 2020, a true and correct copy of which is attached as Exhibit "B".

12.  This action is brought more than ninety days from the last date Reyna furnished labor, materials and equipment to the Federal Project pursuant to the Subcontract and prior to the expiration of one year from said date.

13.  Although Reyna made written demand upon Sevan and Argo for the sum of $73,939.25 plus $62,538.02 in retainage, no payment on said demand has been received by Reyna.

14.  After all payments, offsets, credits and change orders, Reyna is still owed the amount of $73,939.25 for the contract work, plus retainage of $62,538.02. Said damages totaling $136,477.27 are sought herein against Sevan and its surety, Argo, who provided the Payment Bond.

15. As a result of Sevan's and Argo's refusal to pay and continuing refusal to pay the amount due Reyna, Reyna has suffered damages in the sum of $73,939.25 plus $62,538.02 in retainage, plus interest thereon.

## COUNT II

### SEVAN'S BREACH OF CONTRACT

16. Reyna fully performed its obligations to Sevan pursuant to an agreement Reyna had with Sevan to provide the labor, materials and equipment necessary to complete the work in the amount of $73,939.25 plus $62,538.02 in retainage or set forth herein.

17. After all offsets, credits and payments, Reyna is still owed the amount of $73,939.25 plus $62,538.02 in retainage or set forth herein.

18. Although written demand was made by Reyna on Sevan to pay the portion of said amounts due, no payments have been received by Reyna.

19. All conditions precedent to the agreement with Sevan have been performed by Reyna or have occurred.

20. As a result of Sevan's refusal to pay and continuing refusal to pay the amount due, Reyna has suffered contractual damages in the sum of $73,939.25 plus retainage of $62,538.02, plus interest thereon. Said damages are sought against Sevan.

## COUNT III

### QUANTUM MERUIT

21. In the alternative, and as a direct result of Reyna's furnishing materials, labor and equipment to the Federal Project, a benefit was conferred upon Sevan in that it was able to use materials, labor and equipment supplied by Reyna to meet its performance obligations to the Federal Project.

22. Sevan accepted the materials, labor and equipment furnished by Reyna to the Federal Project, the reasonable value of which is $73,939.25 plus $62,538.02 with retainage as set forth herein.

23. After all lawful payments, offsets and credits, Reyna is still owed the total of $136,477.27 for the labor, materials and equipment it furnished to the Federal Project for the benefit of Sevan.

24. Despite REYNA's demand for payment in the amount owed to Reyna, Sevan has refused and continues to refuse to pay Reyna the sum Reyna is still owed.

25. Sevan will be unjustly enriched in the amount of $73,939.25 plus $62,538.02 in retainage if it is allowed to retain the benefit conferred upon it without payment for the reasonable value of the labor, materials and equipment furnished by Reyna to the Federal Project.

26. As a direct result of the foregoing, Reyna has been damaged to the extent of $73,939.25 plus $62,538.02 in retainage, plus interest thereon. Reyna therefore seeks the collection of such damages from Sevan.

## ATTORNEYS' FEES

27. More than thirty days have elapsed since Reyna has made demand on Sevan and Argo for the contract amounts due Reyna as stated above. As a result, Reyna has been required to retain the services of the undersigned counsel to prosecute this action and seek the recovery of its reasonable attorneys' fees.

## JURY DEMAND

28. Plaintiff hereby requests that this matter be presented to a jury of its peers.

## PRAYER

WHEREFORE, Ben Reyna Contracting, Inc., requests that Sevan Multi-Site Solutions, LLC and Argonaut Insurance Company be cited to appear and answer and that upon final trial,

Ben Reyna Contracting, Inc., be awarded a judgment against each Defendants, jointly and severally, as follows:

1. Damages up to the amount of $73,939.25 plus $62,538.02 in retainage as provided herein.

2. Prejudgment interest as provided by law.

3. Attorneys' fees.

4. Post-Judgment interest as provided by law.

5. Costs of suit.

6. Such further and other relief to which Plaintiff may be justly entitled.

Respectfully submitted,

E. GARCIA LAW, PLLC
14400 Northbrook Dr., Suite 230
San Antonio, Texas 78232
Telephone: (210) 308-6677
Facsimile: (210) 525-0960

By: /s/ Edgar Garcia
EDGAR GARCIA
State Bar No. 07632020

ATTORNEYS FOR PLAINTIFF
BEN REYNA CONTRACTING, INC.

**E. GARCIA LAW, PLLC**
THE BROOKHOLLOW ATRIUM
1000 CENTRAL PARKWAY N., SUITE 100
SAN ANTONIO, TX 78232
TELEPHONE (210) 524-9002
FACSIMILE (210) 524-9072

EDGAR GARCIA, ESQ.
E-Mail: Edgar@egarcialaw.com

January 24, 2020

Sevan Multi-Site Solutions, LLC
3025 Highland Parkway, Suite 850
Downers Grove, IL 60515        *VIA CM RRR (7008 1830 0001 0479 7791)*

Argonaut Insurance Company
P.O. BOX 469011
San Antonio, TX 78246         *VIA CM RRR (7008 1830 001 0479 7784)*

Re:  Claim Amount:       $73, 939.25
     Solicitation No.:   PL-K-REC-11-021-18-008
     Project No.:        372014-000002
     Project:            Dual Foods/BK and Popeye's
                         JBSA-Fort Sam Houston
     Prime Contract No.: 7300285455
     Payment Bond No.:   SUR0027662
     Our File No.:       Ben Reyna Contracting, Inc./Sevan 7391.003

Gentlemen:

This is to advise you that this firm represents the interests of Ben Reyna Contracting, Inc. ("REYNA") in connection with its claim for payment in the amount of $73,939.25 against the above-referenced payment bond pursuant to Title 40 USC Subtitle II, Part A, Chapter 31, Subchapter III-Bonds, §3131 et seq.

REYNA has provided labor, equipment and materials for the above-referenced project pursuant to its agreement with Sevan Multi-Site Solutions, LLC ("SEVAN") dated October 24, 2018.

Attached is Invoice No. 0021-831 dated December 31, 2019 in the amount of $73,939.25, which was submitted to SEVAN for payment on or about December 31, 2019 but remains unpaid. After

all lawful credits, offsets and payments, the sum of $73,939.25 remains due and owing to REYNA.

Moreover, Argonaut Insurance Company provided Payment Bond no. SUR0027662 dated July 25, 2018 so that subcontractors like REYNA could be assured of payment while working on a federal project. Yet, REYNA's Invoice remains unpaid.

Therefore, demand is made herein upon each of you to pay the sum of $73, 939.25 to REYNA within ten (10) days of the date of this letter or, upon the expiration of thirty (30) days, REYNA will pursue collection of this sum against each of you, plus attorney's fees, any accrued interest and court costs.

Sincerely,

EDGAR GARCIA

EG/kab
Enclosure

Cc:  Ben Reyna Contracting, Inc. , via e-mail

Ben Reyna Contracting, Inc.

**5430 W US Highway 90**
**San Antonio, TX 78227**

# Invoice

| DATE | INVOICE # |
|---|---|
| 12/31/19 | 0021-831 |

| BILL TO: |
|---|
| Matt Wilbourn<br>Sevan Multi-Site Solutions, LLC.<br>3025 Highland Parkway, Suite 850<br>Downers Grove, IL 60515 |

| P.O. NO. | TERMS | PROJECT |
|---|---|---|
| 372014-000002 | | Dual Foods / Burger King and Popeye's JBSA- Fort Sam Houston |

| DESCRIPTION | | AMOUNT |
|---|---|---|
| 1. Reinstalled pavement, curbs and drive-thru area. | | $51,939.25 |
| 2. Demo | | $22,000.00 |

| All work is complete! Thank you for your business. | TOTAL | $73,939.25 |
|---|---|---|

# Exhibit "B"

**APPLICATION AND CERTIFICATION FOR PAYMENT** AIA DOCUMENT G702 PAGE ONE OF PAGES

TO OWNER: Sevan Multi-Site Solutions, LLC  3023 Highland Parkway, Suite 850  Downers Grove, IL 60515

PROJECT: Project Number: 372014-00000 Dual Food/BK & Popeye's JBSSA – Fort Sam Houston

APPLICATION NO: 16-Retainage
PERIOD TO: 4/2/20
PROJECT NOS:
CONTRACT DATE: 10/24/18

Distribution to:
- OWNER
- ARCHITECT
- x CONTRACTOR

FROM CONTRACTOR: Ben Reyna Contracting, Inc.  5430 U.S. Hwy. 90 W.  San Antonio, TX 78227

CONTRACT FOR:

VIA ARCHITECT:

## CONTRACTOR'S APPLICATION FOR PAYMENT

Application is made for payment, as shown below, in connection with the Contract.
Continuation Sheet, AIA Document G703, is attached.

| | | |
|---|---|---|
| 1. ORIGINAL CONTRACT SUM | $ | 533,880.00 |
| 2. Net change by Change Orders | $ | 165,439.42 |
| 3. CONTRACT SUM TO DATE (Line 1 ± 2) | $ | 699,319.42 |
| 4. TOTAL COMPLETED & STORED TO DATE (Column G on G703) | $ | 625,380.17 |
| 5. RETAINAGE: | | |
| a. 0% of Completed Work (Column D + E on G703) | $0.00 | |
| b. ___% of Stored Material (Column F on G703) | Included in above | |
| Total Retainage (Lines 5a + 5b or Total in Column I of G703) | $ | 0.00 |
| 6. TOTAL EARNED LESS RETAINAGE (Line 4 Less Line 5 Total) | $ | 625,380.17 |
| 7. LESS PREVIOUS CERTIFICATES FOR PAYMENT (Line 6 from prior Certificate) | $ | 562,842.15 |
| 8. CURRENT PAYMENT DUE | $ | 62,538.02 |
| 9. BALANCE TO FINISH, INCLUDING RETAINAGE (Line 3 less Line 6) | | $73,939.25* |

| CHANGE ORDER SUMMARY | ADDITIONS | DEDUCTIONS |
|---|---|---|
| Total changes approved in previous months by Owner | $51,939.25 | |
| *(Work in dispute) Reinstalled pavement, curbs and drive thru area | | ($1,211.00) |
| *(Work in dispute) Demo | $22,000.00 | |
| | $73,939.25* | |
| TOTALS | $92,711.17 | ($1,211.00) |
| NET CHANGES by Change Order | $165,439.42 | |

The undersigned Contractor certifies that to the best of the Contractor's knowledge, information and belief the Work covered by this Application for Payment has been completed in accordance with the Contract Documents, that all amounts have been paid by the Contractor for Work for which previous Certificates for Payment were issued and payments received from the Owner, and that current payment shown herein is now due.

CONTRACTOR:

By: _____ Date: 4/2/20

State of: Texas
County of: Bexar
Subscribed and sworn to before me this 2 day of April 2020
Notary Public: Kyrie Massey
My Commission expires: May 24, 2023

[Notary seal: KYRIE MASSEY Notary Public, State of Texas Comm. Expires 06-24-2023 Notary ID 132026655]

## ARCHITECT'S CERTIFICATE FOR PAYMENT

In accordance with the Contract Documents, based on on-site observations and the data comprising the application, the Architect certifies to the Owner that to the best of the Architect's knowledge, information and belief the Work has progressed as indicated, the quality of the Work is in accordance with the Contract Documents, and the Contractor is entitled to payment of the AMOUNT CERTIFIED.

AMOUNT CERTIFIED........$ _____

(Attach explanation if amount certified differs from the amount applied. Initial all figures on this Application and on the Continuation Sheet that are changed to conform with the amount certified.)

ARCHITECT:
By: _____ Date: _____

This Certificate is not negotiable. The AMOUNT CERTIFIED is payable only to the Contractor named herein. Issuance, payment and acceptance of payment are without prejudice to any rights of the Owner or Contractor under this Contract.

AIA DOCUMENT G702 - APPLICATION AND CERTIFICATION FOR PAYMENT - 1992 EDITION - AIA - ©1992
THE AMERICAN INSTITUTE OF ARCHITECTS, 1735 NEW YORK AVE., N.W., WASHINGTON, DC 20006-5292
Users may obtain validation of this document by requesting a completed AIA Document D401 - Certification of Document's Authenticity from the Licensee.

# CONTINUATION SHEET

AIA DOCUMENT G703

PAGE OF PAGES

AIA Document G702, APPLICATION AND CERTIFICATION FOR PAYMENT, containing
Contractor's signed certification is attached.
In tabulations below, amounts are stated to the nearest dollar.
Use Column I on Contracts where variable retainage for line items may apply.

APPLICATION NO: 16-Retainage
APPLICATION DATE: 4/2/2020
PERIOD TO: 4/2/2020
ARCHITECT'S PROJECT NO:

| A | B | C | D | E | F | G | H | I | J |
|---|---|---|---|---|---|---|---|---|---|
| ITEM NO. | DESCRIPTION OF WORK | SCHEDULED VALUE | WORK COMPLETED FROM PREVIOUS APPLICATION (D+E) | WORK COMPLETED THIS PERIOD | MATERIALS PRESENTLY STORED (NOT IN D OR E) | TOTAL COMPLETED AND STORED TO DATE (D+E+F) | % (G÷C) | BALANCE TO FINISH (C - G) | RETAINAGE (IF VARIABLE RATE) |
| 1 | Matt Slab | $181,250.00 | $181,250.00 | | | $181,250.00 | 100.00% | $0.00 | $0.00 |
| 2 | Slab Walls / Footings | $84,100.00 | $84,100.00 | | | $84,100.00 | 100.00% | $0.00 | $0.00 |
| 3 | Slab on grade | $35,905.00 | $35,905.00 | | | $35,905.00 | 100.00% | $0.00 | $0.00 |
| 4 | Paving | $142,000.00 | $142,000.00 | | | $142,000.00 | 100.00% | $0.00 | $0.00 |
| 5 | Sidewalks | $17,000.00 | $17,000.00 | | | $17,000.00 | 100.00% | $0.00 | $0.00 |
| 6 | Curbs | $56,000.00 | $56,000.00 | | | $56,000.00 | 100.00% | $0.00 | $0.00 |
| 7 | Light Bases | $9,750.00 | $9,750.00 | | | $9,750.00 | 100.00% | $0.00 | $0.00 |
| 8 | Bollards / Sitchboard Pads | $7,875.00 | $7,875.00 | | | $7,875.00 | 100.00% | $0.00 | $0.00 |
| 9 | CO#1 Pest Control | ($1,211.00) | ($1,211.00) | | | ($1,211.00) | 100.00% | $0.00 | $0.00 |
| 10 | CO#1 Tie Down Walk | $30,600.00 | $30,600.00 | | | $30,600.00 | 100.00% | $0.00 | $0.00 |
| 11 | CO#2 repair slab entry/grout columns & frames | $10,200.00 | $10,200.00 | | | $10,200.00 | 100.00% | $0.00 | $0.00 |
| 12 | CO#3 install concrete lid for electrial vault | $2,160.00 | $2,160.00 | | | $2,160.00 | 100.00% | $0.00 | $0.00 |
| 13 | CO#3 saw / chip out/ demo for brick lug | $3,407.00 | $3,407.00 | | | $3,407.00 | 100.00% | $0.00 | $0.00 |
| 14 | CO#4 remove & replace forms / set light bases | $3,200.00 | $3,200.00 | | | $3,200.00 | 100.00% | $0.00 | $0.00 |
| 15 | CO#5 extend dumpster pad | $8,487.00 | $8,487.00 | | | $8,487.00 | 100.00% | $0.00 | $0.00 |
| 16 | CO#6 apron, grease trap, curb, rear parking | $20,068.53 | $20,068.53 | | | $20,068.53 | 100.00% | $0.00 | $0.00 |
| 17 | CO#7 drain entrance, domes, additional curb | $9,147.60 | $9,147.60 | | | $9,147.60 | 100.00% | $0.00 | $0.00 |
| 18 | CO#8 extra drain | $2,708.64 | $2,708.64 | | | $2,708.64 | 100.00% | $0.00 | $0.00 |
| 19 | CO#9 work on aprons at curb inlets | $2,732.40 | $2,732.40 | | | $2,732.40 | 100.00% | $0.00 | $0.00 |
| | GRAND TOTALS | $625,380.17 | $625,380.17 | $0.00 | $0.00 | $625,380.17 | 100% | $0.00 | $0.00 |

Users may obtain validation of this document by requesting of the license a completed AIA Document D401 - Certification of Document's Authenticity